IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01018-WDM-PAC

KAREN KOKINS,

    Plaintiff,

v.

TELEFLEX INCORPORATED,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** the Unopposed Motion to Amend [filed June 15, 2006; Doc. No. 10] is **GRANTED** as follows:

    The Amended Complaint shall be filed no later than **July 3, 2006.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  June 19, 2006