**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01018-WDM-PAC** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: November 9, 2006** | **Courtroom Deputy:** Ben Van Dyke |

KAREN KOKINS, et al.,                                         Scott R. Larson

    **Plaintiffs,**

    v.

TELEFLEX INCCORPORATED,                            Michael B. Marion
a foreign corporation,

    **Defendant.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:      7:58 a.m.**
Court calls case. Appearance of counsel.

Mr. Marion presents arguments in support of Defendant's Motion for Protective Order Pertaining to Confidentiality Pursuant to Defendant's Request and Plaintiffs' Refusal dated September 15, 2006 (doc. 22) and Defendant's Opposed Motion to Include Motion for a Protective Order of Confidentiality Covering Plaintiffs' Second Request for Production In Defendant's Motion for a Protective Order of Confidentiality dated October 18, 2006 (doc. 28).

Mr. Larson presents responsive arguments to the motions.

**ORDERED:** Within 24 hours of the completion of this hearing, the parties shall execute a protective order consistent with *Gillard*.

**ORDERED:** Defendant's counsel shall provide plaintiffs with amended discovery responses compliant with Fed.R.Civ.P. 26(g), 33, and 34 by noon on November 10, 2006.

**ORDERED:** **Defendant's Motion for Protective Order Pertaining to Confidentiality Pursuant to Defendant's Request and Plaintiffs' Refusal dated September 15, 2006 (doc. 22); Defendant's Opposed Motion to Include Motion for a Protective Order of Confidentiality Covering Plaintiffs' Second Request for Production In Defendant's Motion for a Protective Order of Confidentiality dated October 18, 2006 (doc. 28); and Plaintiffs' Motion to Compel are denied without prejudice.**

HEARING CONCLUDED.

**Court in Recess**:      **8:32 a.m.**
Total   In-Court Time:      00:34