**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

**Civil Action No.:   06-cv-01018-WDM-PAC**          **FTR** - Reporter Deck - Courtroom A-501
**Date: February  27,  2007**                                      Courtroom Deputy,  Ellen E. Miller
_____

KAREN  KOKINS   and                                      Scott R.  Larson
THE CITY OF WESTMINSTER,

    **Plaintiff(s),**
v.

TELEFLEX  INCORPORATED,                          John R.  Rodman
                                                                            Michael B.  Marion

    **Defendant(s).**
_____
**COURTROOM   MINUTES  /  MINUTE   ORDER**
_____

**HEARING:    MOTIONS   HEARING**
**Court in Session:**    10:47   a.m.
Court calls case.    Appearance of counsel.

Argument by Mr. Rodman regarding Dr. Dinenberg's motion for protective order.
Comments by Mr. Marion.
Argument by Mr. Larson.


**It is ORDERED:**     Defendant's  MOTION  FOR  PROTECTIVE  ORDER  (Docket No.
                       **41,** Filed February 01, 2007) is **DENIED** for the reasons set forth on the
                       record.

Dr. Dinenberg is directed to produce the materials.
The parties shall meet and confer and produce a Protective Order (regarding *i.e.* non-disclosure of patient names)  for the Court's signature.
Payment of Dr. Dinenberg's fees shall be made no later than seven (7) days prior to the deposition.

The Court having reviewed the pleadings and being fully advised of the law on this issue,

*06-cv-01018-WDM-PAC*
*Motions Hearing*
*February 27, 2007*

**It is ORDERED:** Defendant's MOTION FOR EXTENSION OF TIME TO FULLY ENDORSE HAUSER LAB EMPLOYEES AS EXPERTS (Docket No. **45,** Filed February 14, 2007) is **GRANTED** for the reasons set forth on the record.

Mr. Larson makes an Oral Motion for an Extension of time to file Plaintiffs' rebuttal reports, which are currently due March 06, 2007. With no objection from defendant,

**It is ORDERED:** Plaintiffs' ORAL MOTION FOR EXTENSION OF TIME TO FILE REBUTTAL REPORTS is **GRANTED,** therefore, Plaintiffs shall have an additional twelve (12) days from March 06, 2007 within which to file rebuttal reports.

Discussion is held regarding Defendant's motion to reset the Settlement Conference.

**It is ORDERED:** Defendant's MOTION TO RE-SCHEDULE THE SETTLEMENT CONFERENCE DATE (Docket No. **51,** Filed February 26, 2007) is **GRANTED** for the reasons set forth on the record.

The SETTLEMENT CONFERENCE set MARCH 08, 2007 at 1:30 p.m. is **vacated** and **reset** to **APRIL 12, 2007 at 3:00 p.m.**

HEARING CONCLUDES.

**Court in recess:** 11:17 a.m.
Total In-Court Time: 00:30