# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01018-WDM-PAC

KAREN KOKINS, an individual, and

THE CITY OF WESTMINSTER, a Colorado municipality,

     Plaintiffs,

v.

TELEFLEX INCORPORATED,

     Defendant.

---

## STIPULATED PROTECTIVE ORDER

---

Pursuant to the Court's Order, the parties hereby enter into the following Stipulated Protective Order in the above-referenced matter:

1.     The parties, by and through their undersigned counsel, hereby stipulate and agree that any and all patient names disclosed by Dr. Stephen Dinenberg in the materials which he has been ordered to produce pursuant to the Court's Minute Order of February 27, 2007 shall be kept confidential by all parties herein.

2.     Any materials produced to Plaintiffs' counsel shall either have the names of patients redacted or Plaintiffs' counsel, prior to the use of any such records for any purpose, shall redact the aforesaid names and keep them confidential.

3.     The aforesaid conditions are to be made an Order of this Court pursuant to this stipulation.

**IT IS SO ORDERED** this 13th day of _____ March 2007.

BY THE COURT:

Magistrate Judge O. Edward Schlatter

APPROVED AS TO FORM AND CONTENT:

s/ Scott R. Larson                                    s/ Michael B. Marion

Scott R. Larson, Esq.                                 Michael B. Marion, Esq.
SCOTT R. LARSON, P.C.                                    Timothy F. Marion, Esq.
1888 Sherman Street, Suite 415                          DEISCH, MARION & KLAUS, P.C.
Denver, CO  80203                                       851 Clarkson Street
Telephone:  303-861-0920                                Denver, CO  80218-3205
srlpc@aol.com                                           Telephone:  303-837-1122
*Attorney for Plaintiffs*                               barb_dye@deisch-marion.com
                                                        *Attorneys for Defendant*


s/ John R. Rodman

John R. Rodman, Esq.
Caleb Meyer, Esq.
JOHN R. RODMAN & ASSOCIATES
131 Madison Street
Denver, CO  80206-5404
Telephone:  303-377-1111
jrodman@jrodlaw.com
lmueller@jrodlaw.com
*Attorneys for Dr. Stephen Dinenberg*

2