**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

**Civil Action No.:  06-cv-01018-WDM-PAC**         **FTR** - Reporter Deck - Courtroom A-501
**Date: March 29, 2007**                           Courtroom Deputy,  Ellen E. Miller

_____

KAREN  KOKINS   and                                Scott R.  Larson
THE CITY OF WESTMINSTER,
    **Plaintiff(s),**
v.

TELEFLEX  INCORPORATED,                            Michael B.  Marion
    **Defendant(s).**
_____
                    **COURTROOM   MINUTES  /  MINUTE  ORDER**
_____

**HEARING:  MOTIONS  HEARING**
**Court in Session:**   10:50   a.m.
Court calls case.   Appearance of counsel.

Plaintiffs' Motion to Strike is raised for argument.
The Court has read the moving and responding paperwork.

Argument by Plaintiff (Mr. Larson)
Argument by Defendant (Mr. Marion)

**It is ORDERED:**     Plaintiffs'    MOTION  TO  STRIKE DEFENDANT TELEFLEX'S
                       DESIGNATED EMPLOYEE EXPERTS   WALTER SANDBECK  AND
                       DAVID WOLFE   OR,   in the alternative,
                       FOR AN  ORDER TO DEPOSE  SAID  WITNESSES  A  SECOND
                       TIME  PURSUANT TO F.R.C.P. 30(a)(2)(B)  AND F.R.C.P. 26(b)(4)(A)
                       (Docket   No. **56,** Filed February 28, 2007)   is
                       **GRANTED  IN  PART  AND  DENIED  IN  PART**
                       for the reasons set forth on the record.

                       Motion is DENIED in that the Court   will   not   strike   the witnesses.

                       Motion is GRANTED in that the Court will re-open discovery for the limited
                       and specific purpose of additional time for deposing Mr. Sandbeck and Mr.
                       Wolfe.

*06-cv-01018-WDM-PAC*
*Motions Hearing*
*March 29, 2007*

The DISCOVERY DEADLINE is extended to **APRIL 23, 2007** for the limited purpose of the depositions of Mr. Sandbeck and Mr. Wolfe.

The DISPOSITIVE MOTIONS DEADLINE is extended to **MAY 21, 2007.**

Re-opened deposition for each Mr. Sandbeck and Mr. Wolfe shall be limited to TWO HOURS. The depositions shall be conducted by telephone, with counsel for both sides in the same room. Counsel shall meet and confer and pre-mark any exhibits and photographs for certain identification with the witnesses during the depositions.

In anticipation of the referral of the motion, and that the matters have been resolved at this hearing,

**It is ORDERED:**   Plaintiffs' MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND EXTENSION OF TIME FOR PLAINTIFFS TO FILE REBUTTAL EXPERT REPORTS (Docket No. **65,** Filed March 19, 2007) is **GRANTED.**

It is noted a SETTLEMENT CONFERENCE is set MAY 14, 2007 at 1:30 a.m.

The FINAL PRETRIAL CONFERENCE remains set JULY 12, 2007 at 10:00 a.m.

HEARING CONCLUDES.

**Court in recess:**   11:08 a.m.
Total In-Court Time:   00:18