**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

**Civil Action No.:  06-cv-01018-WDM-KLM**         **FTR** - Reporter Deck - Courtroom A-501
**Date:   November 13, 2007**                      Courtroom Deputy,  Ellen E. Miller
_____

KAREN  KOKINS  and                                 Scott R.  Larson
THE CITY OF WESTMINSTER,

    **Plaintiff(s),**

v.

TELEFLEX  INCORPORATED,                            Michael B.  Marion
                                                   Laurin D.  Quiat

    **Defendant(s).**
_____
        **COURTROOM   MINUTES   /   MINUTE   ORDER**
_____

**HEARING:  MOTIONS  HEARING**
**Court in Session:**     8:00 a.m.
Court calls case.   Appearance of counsel.

The Court raises Defendant's Motion to allow Defendant to View Specific Exhibits for argument.
Argument by Mr. Marion.
Argument by Mr. Larson.

Questions and comments by the court.

**It is ORDERED:**   Defendant's MOTION REQUESTING AN ORDER REQUIRING PLAINTIFFS TO ALLOW DEFENDANT TO VIEW SPECIFIC EXHIBITS [Docket No. 109, Filed October 26, 2007] is **GRANTED** for the reasons set forth on the record.

Mr. Larson shall make the "exemplar cables" available for viewing by the Defendant's counsel. The Defendant's alleged experts, Mr. Wolfe and Mr. Sandbeck, shall be allowed to examine the "exemplar cables" [listed in the Final Pretrial Order as Plaintiff's Trial Exhibits 176 through 179] Thursday November 15, 2007 at 10:00 a.m. at the law office of Plaintiff's counsel. No alterations or testing shall be made to the "exemplar cables". The experts' written opinions shall not be revised.

The Court finds that the original cables need not be present at the examination of the "exemplar cables".

If any disputes arise during the examination of the "exemplar cables" the parties are directed to call Chambers at (303) 844-4892 to set a time as soon as possible on the Court's calendar for the Court to attempt to resolve the issue.

It is noted a *Daubert* Hearing is set before District Judge Walker D. Miller November 15, 2007 at 1:30 p.m.

HEARING CONCLUDES.

**Court in recess:**   8:26 a.m.
Total In-Court Time:   00:26