# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: November 15, 2007  
Time: one hour and 39 minutes

**CASE NO.   06-cv-01018-WDM**

Parties

**KAREN KOKINS, et al,**

Plaintiffs,

vs.

**TELEFLEX, INC.,**

Defendant.

Counsel

Scott Larson

Michael Marion  
Laurin Quiat

## *DAUBERT* HEARING

**1:32 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiffs' Motion in Limine to Exclude the Testimony of David Wolfe and Walter Sandbeck (Doc #89), filed 7/26/07.**

Discussion regarding how this hearing should proceed.

Page Two
06-cv-01018-WDM
November 15, 2007

Mr. Larson requests sequestration of defendants' witnesses.

Mr. Marion objects to sequestration of his witnesses.

**ORDERED:**   Defendants' witness will be sequestered.

**1:39 p.m.**   Direct examination of defendants' witness Dave Wolfe by Mr. Marion.

**2:14 p.m.**   Cross examination by Mr. Larson.

Witness excused.

**2:47 p.m.**   Direct examination of defendants' witness Walter Sandbeck by Mr. Marion.

**3:11 p.m.**   **COURT IN RECESS**

**3:30 p.m.**   **COURT IN SESSION**

   Direct examination continues.

**3:32 p.m.**   Cross examination by Mr. Larson.

Witness excused.

**3:44 p.m.**   Argument by Mr. Larson.  Questions by the Court.

**3:53 p.m.**   Argument by Mr. Marion.  Questions by the Court.

**4:03 p.m.**   **COURT IN RECESS**

**4:17 p.m.**   **COURT IN SESSION**

Court states its findings and conclusions.

**ORDERED:**   Plaintiffs' Motion in Limine to Exclude the Testimony of David Wolfe and Walter Sandbeck (Doc #89), filed 7/26/07 is **GRANTED**.

**4:30 p.m.**   **COURT IN RECESS**

**Total in court time:**     **99 minutes**     **Hearing concluded**