IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WALKER D. MILLER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 3, 2008 |
| Court Reporter: Janet Coppock | Time: 27 minutes |

**CASE NO. 06-cv-01018-WDM-KLM**

| Parties | Counsel |
|---|---|
| **KAREN KOKINS, et al,** | Scott Larson |
| | Roger Castle |
| Plaintiff (s), | |
| vs. | |
| **TELEFLEX, INC.,** | Laurin Quiat |
| Defendant (s). | |

**TRIAL PREPARATION CONFERENCE**

**8:33 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 7 day jury trial, commencing June 23, 2008. Counsel advised there is a significant likelihood that this case may be bumped because of speedy trial involving a criminal case.

Court and counsel discuss Judge Miller's Trial Procedures, including jury selection of 8, voir dire by counsel limited to 10 minutes and witnesses.

Page Two
06-cv-01018-WDM-KLM
June 3, 2008

**ORDERED:** Counsel shall submit a joint exhibit list with stipulations indicated.

Court addresses pending motions.

**ORDERED:** Plaintiffs' Motion to Strike the Testimony of Dr. Stephen Dinenberg (Doc #125), filed 1/15/08 is **DENIED** as to the type of testimony the defendant states he will present.

**ORDERED:** Defendant's Motion for Sanctions for Spoilation of Evidence (Doc #130), filed 5/16/08 is **DENIED.**

**ORDERED:** Plaintiffs' Motion in Limine (Doc #132), filed 5/23/08 is **DENIED WITHOUT PREJUDICE**.

**ORDERED:** Defendant's Motion for Leave to Take a Preservation Deposition of Walter Sandbeck (Doc #144), filed 6/2/08 is **GRANTED** as stated on the record.

**ORDERED:** Telephone conference set at **2:00 p.m. on June 19, 2008.**

**9:00 a.m.** **COURT IN RECESS**

**Total in court time:** 27 minutes

**Hearing concluded**