IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 06-cv-01018-WDM-KLM

KAREN KOKINS,

    Plaintiff(s),

v.

TELEFLEX INCORPORATED,

    Defendant(s).
_____

**ORDER**
_____

    This matter is before me on the Plaintiff's Motion to Borrow Record (doc. no. 194) whereby Plaintiff seeks an order permitting her "to borrow the record for purposes of preparing the Opening Brief and Appendix" for her intended appeal to the Court of Appeals. Plaintiff provides no explanation why this information is not readily obtainable through Plaintiff counsel's access to the full record by means of the CM/ECF filing system. Accordingly, the motion is denied.

    DATED at Denver, Colorado on November 17, 2008

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge

PDF FINAL